2017–0515. State v. Myers.
Wood App. No. WD–16–026, 2017-Ohio-1220. Appellant's motion to strike denied as moot.